UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY HOLLAND,                       : CIVIL ACTION NO. 3:CV-11-2261
                                       :
            Petitioner                 : (Judge Nealon)
                                       :
                                       :           **FILED**
      v.                               :          **SCRANTON**
                                       :
WARDEN HOLT,                           :          JUL 1 1 2013
                                       :
            Respondent                 : PER _____
                                                 DEPUTY CLERK

## ORDER

**AND NOW, THIS 10ᵗʰ DAY OF JULY, 2013**, for the reasons set forth in the Memorandum

of this date, **IT IS HEREBY ORDERED THAT:**

1.    The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.    The Clerk of Courts is directed to **CLOSE** this case.


_____
**United States District Judge**